**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| JIMMY R. BOLDEN,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | )<br>)<br>)<br>)   No. 3:09-CV-457<br>)   (Phillips/Shirley)<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the report and recommendation of the magistrate judge [Doc. 20] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the plaintiff's motion for summary judgment [Doc. 11] is **GRANTED;** the defendant Commissioner's motion for summary judgment [Doc. 18] is **DENIED;** and this case is **REMANDED** to the Commissioner.

**IT IS SO ORDERED.**

        **ENTER:**

          <u>     s/ Thomas W. Phillips     </u>
            United States District Judge